IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: February 17, 2010

_____
RANDOLPH J. HAINES
U.S. Bankruptcy Judge
_____



**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-00228

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Matthew A. Barnes and Traci Danielle Barnes<br>    Debtors.<br>_____<br>CitiMortgage, Inc.<br>    Movant,<br>  vs.<br><br>Matthew A. Barnes and Traci Danielle Barnes, Debtors, S. William Manera, Trustee.<br><br>    Respondents. | No. 2:09-BK-25145-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #28) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 4, 2004 and recorded in the office of the Maricopa County Recorder wherein CitiMortgage, Inc. is the current beneficiary and Matthew A. Barnes and Traci Danielle Barnes have an interest in, further described as:

> Lot 103, PIONEER VILLAGE, according to Book 241 of Maps, page 46, and Certificate of Correction recorded in Docket 16107, Page 233, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

                                                                    _____
                                                                    JUDGE OF THE U.S. BANKRUPTCY COURT